| | |
|---|---|
| 1 | STEPHEN R. JAFFE, Bar No. 49539 |
| | stephen.r.jaffe@jaffetriallaw.com |
| 2 | THE JAFFE LAW FIRM |
| | 1 Sansome Street, Suite 3500 |
| 3 | San Francisco, CA 94104 |
| | Telephone: 415.618.0100 |
| 4 | |
| | *Attorneys for Plaintiff* |
| 5 | *SONIA SOFER* |
| 6 | |
| | RENEE C. FELDMAN, Bar No. 253877 |
| 7 | rfeldman@littler.com |
| | LITTLER MENDELSON, P.C. |
| 8 | 1255 Treat Boulevard, Suite 600 |
| | Walnut Creek, California 94597 |
| 9 | Telephone: 925.932.2468 |
| 10 | *Attorneys for Defendant* |
| | *AMAZON.COM SERVICES LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA SOFER, an individual, | Case No. 5:24-cv-01515-NW |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION |
| v. | |
| AMAZON COM SERVICES, LLC, a Delaware corporation, | |
| Defendant. | |

Pursuant to the Stipulation of the Parties, IT IS HEREBY ORDERED that the above action is dismissed with prejudice in its entirety, as to all claims and all defendants, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: May 8, 2025

_____
NOËL WISE
U.S. District Court Judge